**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks      Date: October 3, 2007
Court Reporter: Janet Coppock              Time: 30 minutes
Probation Officer: Doug Randolph           Interpreter: n/a

---

**CASE NO.  07-CR-00225-WDM**

Parties                                    Counsel

**UNITED STATES OF AMERICA,**              Linda Kaufman
                                           Sandra Blain, FBI

         Plaintiff,

vs.

**DARREN E. ZUNIGA,**                       John Sullivan

         Defendant.

---

**SENTENCING**

---

**11:06 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
07-CR-00225-WDM
October 3, 2007

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Mr. Sullivan addresses sentencing.

Defendant addresses the Court.

Comments by Ms. Kaufman.

Court states its findings and conclusions.

Defendant entered his plea on **June 12, 2007** to **the Information.**

**ORDERED:**  Defendant's plea of guilty is **ACCEPTED.**

**TOTAL OFFENSE LEVEL:**                 **18**
**CRIMINAL HISTORY CATEGORY:**        **I**

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 27 to 33 months | 27 months |
| **Supervised Release** | 3 to 5 years | 5 years |
| **Probation** | Ineligible (Class B Felony) | Ineligible |
| **Fine** | $6,000 to $1,000,000 | None |
| **Special Assessment** | $100 | $100 |

**Restitution**
The Mandatory Restitution Act applies to this case.  Restitution is due and owing in the amount of **$331,189.22.**

Page Three
07-CR-00225-WDM
October 3, 2007

### Community Service
Not recommended.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **24** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **Federal Prison Camp in Colorado**.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED:  Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- () Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED:  Special Condition** of Supervised Release that:
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.
- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.

Page Four
07-CR-00225-WDM
October 3, 2007

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Costs of imprisonment and supervised release are WAIVED.

**ORDERED:**  Defendant shall make **restitution** as follows: Payable to Clerk, United States District Court, 901 19th Street, Denver, CO 80294

> **$ 25,980.00**            **Keybank National Association, N.A.**
> **Attn: Judgment Processing**
> **5910 Tiedeman Road**
> **Brooklyn, Ohio 44144**
>
> **$305,209.22**            **Vectra Bank Colorado, N.A.**
> **C/O Zions Management Services Corp.**
> **Attn: Legal Department**
> **255 N. Admiral Byrd Road**
> **Salt Lake City, Utah 84116**

Restitution shall be paid in equal monthly installments of not less than **$150.00** during term of supervised release. Interest on restitution is WAIVED because the defendant does not have the ability to pay.

**ORDERED:**  Defendant may surrender voluntarily as follows: Report to the designated institution on or before **12:00 noon on November 5, 2007.**

**ORDERED:**  Government's Motion for Acceptance of Responsibility is **GRANTED.**

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED**:  Bond is continued.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Five
07-CR-00225-WDM
October 3, 2007

**11:36 a.m.    COURT IN RECESS**

**Total in court time:    30 minutes**

**Hearing concluded**

**ORDERED:**  Bond continued.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**a.m./p.m.     COURT IN RECESS**

**Total in court time:        minutes**

**Hearing concluded**